United States District Court
Southern District of Texas
**ENTERED**
September 07, 2016
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-16-296 |
| | § | |
| | § | |
| | § | |
| ARCHIE TAYLOR | § | |

# O R D E R

The defendant  filed an unopposed  motion for continuance, (Docket Entry No. 13 ).  The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 17, 2016 |
| Responses are to be filed by: | October 31, 2016 |
| Pretrial conference is reset to**: | **November 7, 2016 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 14, 2016 at 9:00 a.m.** |

SIGNED on September 7, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge