Case 4:16-cr-00296 Document 20 Filed in TXSD on 10/25/16 Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-16-296 |
| | § | |
| ARCHIE TAYLOR III | § | |

REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Archie Taylor III, the defendant in this action. The court, having addressed Defendant personally in open court, now submits its Report and Recommendation.

On October 25, 2016, Defendant, Archie Taylor III, appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to Count 1 of the Indictment charging him with possession of a firearm by a felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Defendant, Archie Taylor III, consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant, Archie Taylor III, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to

      final approval and imposition of sentence by United States District Judge Lee Rosenthal.

2. Defendant, Archie Taylor III, is fully competent and capable of entering an informed plea, he is aware of the nature of the charges, the maximum punishment range, and the consequences of his plea. Defendant acknowledged that, pursuant to his plea of guilty, he is waiving certain valuable rights, and that the sentencing judge is not bound by any recommendation on sentencing made by either counsel for the government or his counsel, that if any recommendation on sentencing is not followed by Judge Rosenthal, Defendant may not withdraw his plea of guilty, and that his plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Indictment.

Based upon the foregoing findings, it is the **RECOMMENDATION** of the undersigned that the guilty plea of Defendant Archie Taylor III to Count 1 of the Indictment be **ACCEPTED** by the court and that Ronnie Zephyn be adjudged guilty of the offense alleged in Count 1 of the Indictment, to wit: possession of a firearm by a felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the

United States District Clerk electronically. Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** at Houston, Texas, this <u>25th</u> day of October, 2016.

_____
U.S. MAGISTRATE JUDGE